IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 10–20–BU–DWM |
| Plaintiff, | |
| vs. | ORDER |
| TRAVIS PATRICK MALONE, | |
| Defendant. | |

Defendant Travis Patrick Malone moves unopposed for early termination of his term of supervised release. (Doc. 58.) Having considered the factors in 18 U.S.C. § 3553(a), the conduct of Defendant, and Defendant's arguments, early termination is warranted by "the interest of justice." 18 § U.S.C. 3583(e)(1). However, termination of supervision does not relieve him of his notification obligations under the Sex Offender Registration and Notification Act, *see* 18 U.S.C. § 2250, or under state law. Accordingly,

IT IS ORDERED that the motion (Doc. 58) is GRANTED. As of the date of this Order, Defendant's supervision is terminated.

DATED this 4th day of April, 2023.

Donald W. Molloy, District Judge
United States District Court